Scott M. Wellikoff (Bar No. 0020341)
ADLER WELLIKOFF, PLLC
1300 N. Federal Highway, Suite 107
Boca Raton, FL 33432
Phone: 561-508-9591
Fax: 561-508-9591
swellikoff@adwellgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM**, individually and on behalf of all others similarly situated, Plaintiff, vs. **CONSOLIDATED WORLD TRAVEL, INC., D/B/A HOLIDAY CRUISE LINE**; **ULTIMATE VACATION GROUP, LLC, D/B/A GRAND BAHAMA CRUISE LINE, and** DOES 1 through 10, inclusive, Defendant(s). | ) | Case No. 0:19-cv-62504-XXXX<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT CONSOLIDATED WORLD TRAVEL, INC., D/B/A HOLIDAY CRUISE LINE ONLY** |

NOW COMES THE PLAINTIFF by and through their attorneys, hereby files this Notice of Voluntary Dismissal with prejudice solely as to defendant CONSOLIDATED WORLD TRAVEL, INC., D/B/A HOLIDAY CRUISE LINE (“Holiday”). Defendant, Holiday, has not filed an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted this 23rd Day of January, 2020,

By: /s/ Scott M. Wellikoff
Scott M. Wellikoff

Adler Wellikoff, PLLC
Attorneys for Plaintiff

Scott M. Wellikoff (SBN 20341)
Adler Wellikoff, PLCC
1300 N. Federal Highway
Suite 107
Boca Raton, FL 33432
(561) 923-8600
swellikoff@adwellgroup.com

**CERTIFICATE OF SERVICE**

Filed electronically on January 23, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on January 23, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Scott Wellikoff Esq.
Scott Wellikoff
Attorney for Plaintiff