UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number: 19-62504-CIV-MARTINEZ-SNOW**

CRAIG CUNNINGHAM,
     Plaintiff,

vs.

CONSOLIDATED WORLD TRAVEL, INC.,
d/b/a HOLIDAY CRUISE LINE, et al.,
     Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Plaintiff's Notice of Voluntary Dismissal of

Action with Prejudice as to Defendant Consolidated World Travel, Inc., d/b/a Holiday Cruise Line

Only, [ECF No. 9]. It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice** as to Defendant

Consolidated World Travel, Inc. The parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of January, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record